**ERRATA**

<u>Rockwell Automation, Inc. v. United States</u>, Court Nos. 05-00269, *et al.*, Slip Op. 14-96, dated Aug. 18, 2014.

| | |
|---|---|
| Page 5: | In line six, replace "USCIT R. 6(b)(1)(B);" with "*Id.*;". |
| Page 5: | In line six of the first indented paragraph, replace "(quoting <u>Marsh v. Richardson</u>, 873 F.2d 129, 130 (6th Cir. 1989))," with "(citation omitted) (internal quotation marks omitted),". |
| Page 6: | In line one, replace "pp. 531-32" with "pp. 523-32". |
| Page 6: | In line two of the first indented paragraph, replace "<u>Pioneer Inv. Services v. Brunswick Associates</u>," with <u>Pioneer Inv. Services Co. v. Brunswick Associates Ltd. Partnership</u>,". |
| Page 6: | In line seven of the first indented paragraph, replace "<u>Pioneer</u>, 507" with "*Id.*, 507". |
| Page 7: | In line three of the second indented paragraph, replace "(March 31, 2014)" with "(April 1, 2014)". |
| Page 8: | In line one, replace "a timely motion for an extension" with "timely motions for extensions of time". |
| Page 8: | In line eight, replace "the office of the clerk" with "the Office of the Clerk". |
| Page 8: | In line seven of the first indented paragraph, replace "<u>Gadsden v. Jones Lang LaSalle Americas</u>," with "<u>Gadsden v. Jones Lang LaSalle Americas, Inc.</u>,". |
| Page 9: | In line 12 of the first indented paragraph, replace "<u>Krantz v. Nissan North America, Inc.</u>," with "<u>Krantz, Inc. v. Nissan North America, Inc.</u>,". |
| Page 10: | In line 10 of the first paragraph of footnote five, replace "<u>DeMint v. NationsBank Corp.</u>," with "<u>Demint v. NationsBank Corp.</u>,". |
| Page 11: | In line six, replace "Order to Show Cause at 1;" with "*id.*;". |
| Page 11: | In line four of the first indented paragraph, replace "(April 20, 2007)" with "(April 20, 2007),". |
| Page 13: | In the penultimate line of the first indented paragraph, replace "Order to Show Cause" with "*id.*". |
| Page 14: | In line 19 of footnote 7, replace "that "Courts" with "that "[c]ourts". |

| | |
|---|---|
| Page 14: | In lines six to seven of footnote 8, replace "<u>Link v. Wabash R.R. Co.</u>," with "<u>Link v. Wabash R.R.</u>,". |
| Page 16: | In the last line of the first indented paragraph, replace "Pl.'s Supp. Brief" with "Pl.'s Response to Show Cause Order". |
| Page 16: | In line two of the second indented paragraph, delete "Rockwell's counsel for". |
| Page 17: | In line six of the second paragraph of footnote 10, replace "Pl.'s Supp. Brief at iii" with "*id*. at iii". |
| Page 17: | In line 13 of the second paragraph of footnote 10, replace "Pl.'s Supp. Brief at 12" with "*id*. at 12". |
| Page 18: | In lines one to two, replace "Pl.'s Supp. Brief at 11-18." with "*id*.". |
| Page 18: | In line five of the fifth paragraph of footnote 10, replace "office of the clerk of the court" with "Office of the Clerk of the Court". |
| Page 21: | In the last line of footnote 12, replace "at issue")." with "at issue'") (citation omitted).". |
| Page 27: | In the last line of the first indented paragraph, replace "<u>Farthing v. City of Shawnee</u>, 1994 WL 68715 * 1-*2 (D. Kan. 1994))." with "<u>Farthing v. City of Shawnee, Kansas</u>, 1994 WL 68715 * 1-2 (D. Kan. 1994), *aff'd*, 39 F.3d 1131 (10th Cir. 1994)).". |
| Page 28: | In line two of the first paragraph of footnote 20, replace "office of the clerk" with "Office of the Clerk". |
| Page 29: | In line six, replace "disregard [for]" with "disregard . . . [for]". |
| Page 29: | In line 14 of the second paragraph of footnote 20, replace "(emphasis added)" with "(emphases added)". |
| Page 29: | In line 15 of the second paragraph of footnote 20, replace "(7th Cir. 1996)" with "(7th Cir. 1996)". |
| Page 29: | In line seven of footnote 21, replace "<u>Caterpillar Inc. v. United States</u>, 22 CIT 1169, 1170 (1998)" with "<u>Caterpillar Inc.</u>, 22 CIT at 1170". |
| Page 30: | In line 11 of the first indented paragraph, replace "(April 20, 2007)" with "(April 20, 2007),". |

Page 32:   In lines two to three, replace "a timely motion for an extension" with "timely motions for extensions".

Page 32:   In line three, replace "Pl.'s Supp. Brief" with "*id.*".

Page 32:   In line five, replace "a *timely* motion for an extension" with "*timely* motions for extensions".

Page 32:   In line four of the first indented paragraph, replace "a timely motion for an extension of time." with "timely motions for extensions of time.".

Page 33:   In line six of the first indented paragraph, replace "<u>Selph v. Council of City of Los Angeles</u>," with "<u>Selph v. Council of Los Angeles</u>,".

Page 33:   In line 14 of the first indented paragraph, replace "upheaval in his practice" at" with "upheaval in his law practice" at".

Page 34:   In line five of the first indented paragraph, replace "excusable neglect");" with "excusable neglect"), *aff'd*, 19 Fed. Appx. 340 (6th Cir. 2001);".

Page 34:   In line 14 of footnote 22, replace "<u>Jones v. Giant of Maryland</u>," with "<u>Jones v. Giant of Maryland, LLC</u>,".

Page 34:   In line 15 of footnote 22, replace "do not" with "does not".

Page 34:   In line 18 of footnote 22, replace "* 4" with "* 4-5".

Page 37:   In line two of footnote 23, replace "Okl." with "Okla.".

Page 37:   In line eight of footnote 23, replace "967 F. Supp." with "907 F. Supp.".

Page 37:   In lines three to four of the first indented paragraph, replace "<u>United States v. $39,480.00</u>," with "<u>United States v. $39,480.00 in U.S. Currency</u>,".

Page 40:   In the last line of the second indented paragraph, replace "<u>Lowry</u>," with "*See* <u>Lowry</u>,".

October 20, 2014